

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **CHARLES D. HUBBARD,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 1:03-CV-544** |
| **JO ANNE B. BARNHART,** | § | |
| **Acting Commissioner of Social Security** | § | |
| **Administration,** | § | |
| *Defendant.* | § | |

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE'S REPORT AND RECOMMENDATION ON ATTORNEY FEES

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the Eastern District of Texas, the Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration. Pending before the Court is Plaintiff's *Application for Attorney Fees Under the Equal Access to Justice Act* [Clerk's doc. #15]. The Magistrate Judge recommended that the Court grant the motion.

The Court has received and considered the *Report and Recommendation* [Clerk's doc. #17] of the Magistrate. The parties have not filed objections.

The Court **ORDERS** that the report of the Magistrate [Clerk's doc. #17] is **ADOPTED** and *Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act* [Clerk's doc. #15] is **GRANTED**. The Defendant Commissioner is therefore **ORDERED** to pay Steven Packard, counsel for prevailing Plaintiff, an attorney fee in the total amount of **$4,662.50** under the Equal

-1-

Access to Justice Act, 28 U.S.C. §§ 2412 *et seq.*

It is so ordered.

SIGNED at BEAUMONT, Texas, on this the 11 day of May, 2005.

_____
HOWELL COBB
UNITED STATES DISTRICT JUDGE